UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, on behalf of himself and all other persons similarly situated,<br><br>                    Plaintiff,<br><br>   -v-<br><br><br>ARCE FUNERAL HOME, INC. d/b/a D'Bari Funeral Home,<br><br>                    Defendant. | CIVIL ACTION NO.: 21 Civ. 9591 (AJN) (SLC)<br><br>**ORDER TO INITIATE DEFAULT<br>PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

On December 3, 2021, this action was referred to the undersigned for General Pretrial Supervision.  (ECF No. 6).  The Complaint in this action was served on Defendant first on December 2, 2021, with Defendant's answer due on December 23, 2021, and again on December 15, 2021, with Defendant's answer due no later than January 5, 2022.  (ECF Nos. 7–8).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Wednesday, January 26, 2022,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Alison J. Nathan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Wednesday, February 9, 2022.**

Dated:     New York, New York
           January 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2